IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVARIUS LAVALLE RIGGINS,

    Plaintiff,

v.

Case No. 19-cv-1059-jdp

JUDGE DAVID HYLAND, DISTRICT ATTORNEY DAVID HART, DISTRICT ATTORNEY HECTOR AL-HOMSI, SOCIAL WORKER LORENA DOMKE, DISTRICT ATTORNEY ANDREA BETH RAYMOND, JUDGE JILL KAROFSKY, COMMISSIONER JASON HANSON, DANE COUNTY SHERIFF OFFICE, DANE COUNTY JAIL, DANE COUNTY, SHERIFF DAVID MAHONEY, ALL OF THE DANE COUNTY DEPUTIES, DANE COUNTY COURT HOUSE, CITY COUNTY BUILDING (CCB), DEPUTY ROCKOW, DEPUTY ZILLI, DANE COUNTY CLERK OF COURTS, DEPUTY NICK HANUSHEWIC, DEPUTY MATTHEW BEYER, DEPUTY BOUSQUET, DEPUTY DERSE, and JOHN DOES,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice.

| /s/ | 4/15/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |